04-15-00548-CV

CAUSE NO. 2014CVF000504-D3

| RUFINA REYES YANEZ,<br>Plaintiff | § | IN THE DISTRICT COURT |
|---|---|---|
| vs. | § | 341st JUDICIAL DISTRICT |
| AMERICAN GENERAL LIFE<br>INSURANCE COMPANY,<br>APPELLEE | § | WEBB COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/3/2015 3:22:12 PM
KEITH E. HOTTLE
Clerk

## NOTICE OF APPEAL

RUFINA REYES YANEZ, gives notice that she desires to appeal to the Fourth Court of Appeals the final summary judgment that was rendered on July 20, 2015, against her and in favor of Defendant, American General Life Insurance Company.

Respectfully submitted,

_____
ARMANDO TREVINO
State Bar No. 20211100
1519 Washington St., Suite One
Laredo, Texas 78040-0544
Tel: (956) 726-1638
Email: armandotrevinolaw@gmail.com
Attorney for RUFINA REYES YANEZ

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of September, 2015, a true and correct copy of the above and foregoing was served on JASON A. RICHARDSON, EDISON, McDOWELL & HETHERINGTON LLP, 3200 Southwest Freeway, Suite 2100, Houston, Texas 77027, jason.richardson@emhllp.com.

_____
ARMANDO TREVINO